No. 73–846. WINGO, WARDEN *v.* WEDDING. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–405. MCARTHUR *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 73–494. INTERNATIONAL PHOTOGRAPHERS OF THE MOTION PICTURE INDUSTRIES, LOCAL 659, INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES & MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 73–500. NEWTON ET UX. *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 73–592. GUIDO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–600. RUSSO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–605. BOBROW *v.* MUNICIPAL COURT OF THE LOS ANGELES JUDICIAL DISTRICT, COUNTY OF LOS ANGELES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–606. LANGLEY ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–610. CADE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.